Certificate Number: 17572-ILN-DE-034848892

Bankruptcy Case Number: 20-16027



17572-ILN-DE-034848892

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 4, 2020, at 4:45 o'clock PM PDT, Jose A Ramos Toro completed a course on personal financial management given by telephone by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:   September 4, 2020          By:   /s/Maria Heredia

Name:   Maria Heredia

Title:   Counselor