**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re:                                                                ) Case No. 20-16027
Jose A Ramos Toro                                        ) Chapter 13
                                                                       ) Judge: A. Benjamin Goldgar
                     Debtor                                       )

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

Jose A Ramos Toro                                      DAVID M SIEGEL
2544 Chestnut St.                                         790 CHADDICK DR
Waukegan, IL  60087                                  WHEELING, IL  60090

Please take notice that on January 08, 2021 at 10:30 am, a representative of this office shall appear before the Honorable Judge A. Benjamin Goldgar, or any judge sitting in that judge's place, and present the Trustee's motion a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**.  No personal appearance in court is necessary or permitted.  To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link:  https//www.zoomgov.com/join.  Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and password.

**Meeting ID and password.**  The meeting ID for this hearing is **160 817 7512** and the passcode is **623389.**  The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing.

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on December 18, 2020.

/s/   Glenn Stearns
FOR: Glenn Stearns, Chapter 13 Trustee

801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  20-16027 |
| Jose A Ramos Toro | ) | Chapter 13 |
|  | ) | Judge:  A. Benjamin Goldgar |
| Debtor | ) | |

**MOTION TO DISMISS FOR UNREASONABLE DELAY**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to 11 U.S.C. Section 1307 (c) and in support thereof, states the following:

1. The Debtor filed a petition under Chapter 13 on Sunday, August 23, 2020.
2. The Debtor has failed to:
    a. File amended schedule(s) I and J.
    b. File an amended plan.
    c. Document the term of the non-filing spouse's car payment.
3. As a result, the Debtor has failed to comply with the Bankruptcy Code and has caused an unreasonable delay that is prejudicial to creditors.

WHEREFORE, the Trustee prays this case be dismissed for cause pursuant to Section 1307 (c).

Respectfully Submitted;

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350

/s/   Glenn Stearns
FOR: Glenn Stearns, Chapter 13 Trustee